# EXHIBIT D

**Exhibit D**
**U.S. Patent No. 8,185,733**
**Claim 9 vs. JPMorgan's Kinexys Platform**

| '733 Patent, Claim 9 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| 9. A method, comprising: | JPMorgan performs the claimed method through Kinexys, the business unit through which the bank designs, deploys, and commercially operates blockchain-based financial infrastructure. Kinexys maintains at least one private, permissioned distributed ledger (the "Kinexys blockchain") and uses it as the foundation for a growing portfolio of production services, including Kinexys Digital Assets (tokenization and settlement of financial assets) and Kinexys Digital Payments (blockchain-based movement of funds). (See, e.g., https://www.jpmorgan.com/kinexys/about) |

Among other offerings, JPMorgan provides Blockchain Deposit Accounts, deposit balances represented and transferred on-chain, to its institutional client base, and it does so specifically on the Kinexys private permissioned blockchain. (https://www.jpmorgan.com/kinexys/content-hub/deposit-tokens#faq)

The asset tokenization market, currently valued in billions, is poised for exponential growth, with industry analyses from leading consulting firms projecting a multi-trillion dollar future. However, realizing this transformative potential hinges critically on addressing institutional-grade privacy and developing composable, privacy-preserving identity solutions. Without these foundational elements, the industry's expansion will remain constrained, particularly in attracting traditional investors who expect robust data protection comparable to conventional markets.

At Kinexys Digital Assets, we have been at the forefront of implementing tokenization in traditional financial flows, successfully processing $2-3B worth of tokenized asset transactions daily. Our decision in 2020 to build on an Ethereum Virtual Machine (EVM [5])-based permissioned blockchain has been validated by the remarkable growth within the Ethereum and EVM ecosystems. This strategic choice leverages blockchain's inherent characteristics: immutability, trust-minimization, transparency, programmability and decentralization. Using these constructs, KDA's current solutions effectively mitigate settlement risk, automate trade and asset lifecycle management and streamline reconciliation efforts, attracting numerous peers and clients to our platform.

Separately, the institutional landscape has evolved significantly over the past year, with increased activity on public blockchains driven by asset managers [6], as evidenced by rising assets under management (AUM) in on-chain investment products. While operational efficiency remains a key driver, there is a notable emphasis on accessing new distribution channels, particularly focusing on crypto-native investors.

Regardless of whether assets are tokenized on public or permissioned chains, or whether the immediate focus is operational optimization or distribution expansion, traditional market requirements remain unfulfilled. The lack of mature, on-chain cryptographic privacy solutions, coupled with the absence of consensus on implementing privacy-preserving digital identity, continues to create operational friction in tokenized asset interactions. While these challenges are not entirely gating – as demonstrated by the $2-3B [7] raised through on-chain funds and approximately $200B [8] in stablecoins, protocol treasuries and public chain lending protocols – solving for them could broaden adoption.

Current market activity on public blockchains demonstrates demand from participants for whom robust privacy and industry-wide identity solutions may be less critical. However, for traditional investors, data privacy is a baseline requirement, and without comprehensive yet seamless privacy and digital identity solutions, key benefits of tokenization will remain unrealized.

Architecturally, the Kinexys blockchain is an Ethereum Virtual Machine (EVM)-based permissioned network. In its 2024 Project EPIC whitepaper, JPMorgan describes Kinexys Digital Assets as having been at the forefront of bringing tokenization into

| '733 Patent, Claim 9 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | traditional financial workflows,  discloses that the platform settles roughly $2-3 billion of tokenized asset transactions per day, and explains that its 2020 decision to build on an EVM-based permissioned blockchain has been borne out by the expansion of the Ethereum and EVM ecosystems. JPMorgan further states that this architecture was chosen precisely to exploit the defining properties of a blockchain, immutability, trust-minimization, transparency, programmability, and decentralization, in order to reduce settlement risk, automate trade and asset lifecycle management, and streamline reconciliation. (JPMC Kinexys Project EPIC Whitepaper (2024) ("EPIC"), p. 6, https://www.jpmorgan.com/kinexys/documents/JPMC-Kinexys-Project-Epic-Whitepaper-2024.pdf) <br><br> **Potential Benefits of Fund Tokenization** <br><br> The investment funds industry, representing $98T[13] in assets under management, has evolved significantly since the inception of the first open-end fund a century ago[14]. Through continuous innovation, the industry has delivered substantial value to end investors by reducing costs through ETFs and economies of scale, expanding access to alternative investments through innovative structures and enhancing transparency through regulatory reforms and investor advocacy. However, despite these advances, the industry faces meaningful operational inefficiencies characterized by laborious onboarding, siloed systems, manual processes, and high costs. To continue this trajectory of innovation, the industry must now modernize its fundamental infrastructure. <br><br> Blockchain technology and tokenization present a compelling evolution of traditional fund operations. By leveraging a shared, immutable ledger and smart contracts, the fund industry stands to gain significant advantages in efficiency, transparency, liquidity, and accessibility. Using a blockchain ledger as a unified source of truth can significantly reduce manual reconciliation efforts arising from siloed systems and disparate data structures. Smart contracts can automate repetitive tasks, including AML/KYC checks and cash movement for capital events, potentially enabling fund managers to lower investment minimums and achieve greater economies of scale. <br><br> The tokenized asset landscape has evolved significantly, with approximately $13B in traditional assets currently tokenized on public blockchain networks[15]. While this represents less than 0.01%[16] of industry assets under management (AUM), adoption is accelerating with AUM in on-chain products nearly tripling since early 2024. Early adopters are pursuing tokenization to realize operational efficiencies, reduce investment minimums and expand distribution to new investor segments. However, widespread institutional adoption will require robust solutions for privacy and identity management that provide the comfort and confidence traditional investors expect from financial markets. <br><br> The immutable nature of blockchain ensures that all fund transactions are recorded transparently on a unified ledger visible to authorized participants, with chronological recordation through consensus mechanisms. This shared source of truth results in improved capital event tracking, reduced disputes from data discrepancies, and enhanced oversight capabilities. Recent implementations demonstrate significant cost reductions, Franklin Templeton reported that processing 50,000 transactions through blockchain would cost only $1.52 compared to $50K using legacy systems[17]. Similarly, Hamilton Lane's implementation of DLT-share-classes has reduced investment minimums from $2M to $10K[18], demonstrating tangible benefits of tokenization. <br><br> As on any EVM-based network, the operative unit of the Kinexys blockchain is the block.  Each block memorializes one or more actions to be carried out on the ledger, for example, a transfer of ownership in a tokenized asset, or a payment debiting one account and crediting another. JPMorgan itself trades on the tamper-evident character of this structure, representing that the immutable nature of the blockchain ensures that all fund transactions are recorded transparently on a unified ledger. (EPIC, p. 13) |

| '733 Patent, Claim 9 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | Each limitation of claim 9 is met every time a new block is created and distributed on the Kinexys blockchain, as detailed element-by-element below. Critically, because the Kinexys network is private and permissioned, the block-producing and block-receiving nodes are not anonymous third parties.  They are machines operated by JPMorgan itself or by participants admitted to and governed by JPMorgan's network. Every performance of the claimed method therefore takes place on infrastructure that JPMorgan owns, operates, directs, or controls, and each such performance, occurring continuously, block after block, in the ordinary course of JPMorgan's business, is attributable to JPMorgan. JPMorgan defines the protocol the network runs, admits its participants, and obtains the commercial benefit of every block added to the chain. |
| adding a content-based identifier (CBI) to an electronic communication by an outgoing electronic communication server that processes the electronic communication for transmission, | **Blocks** <br><br> ⃞ Copy .md  ⌄      ◯ Edit page <br><br> Blocks are batches of transactions with a hash of the previous block in the chain. This links blocks together (in a chain) because hashes are cryptographically derived from the block data. This prevents fraud, because one change in any block in history would invalidate all the following blocks as all subsequent hashes would change and everyone running the blockchain would notice. <br><br> This limitation is satisfied by the operation of the block-proposing node on the Kinexys EVM-based blockchain. In each consensus round, one node is designated to act as the block proposer: it gathers pending transactions, assembles them into a candidate block, and prepares that block for distribution to every other node on the network. In that role, the proposer is an outgoing electronic communication server, a server that constructs an electronic communication and processes it for transmission. The newly assembled block is itself the electronic communication: it exists to be sent, and it is in fact broadcast over the network's peer-to-peer layer to the remaining validator nodes. The Ethereum documentation describes exactly this sequence, once the selected validator has assembled a block, the block is disseminated to the rest of the network, and every node appends it to the end of its own copy of the blockchain. (https://ethereum.org/developers/docs/blocks/#how-blocks-work) |

| '733 Patent, Claim 9 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | **Why blocks?** |

To ensure that all participants on the Ethereum network maintain a synchronized state and agree on the precise history of transactions, we batch transactions into blocks. This means dozens (or hundreds) of transactions are committed, agreed on, and synchronized all at once.

**Block**

Transaction (t1)

Transaction (t2)

Transaction (t3)

World state (t)  - - - - - - - - - - - - - - - - - - - ▶  World state (t+1)

*Diagram adapted from Ethereum EVM illustrated* ⬀

By spacing out commits, we give all network participants enough time to come to consensus: even though transaction requests occur dozens of times per second, blocks are only created and committed on Ethereum once every twelve seconds.

In the course of constructing the block, the proposer adds a content-based identifier to it. Specifically, the proposer computes and embeds the hash value of the parent block, the block immediately preceding the new one, into the new block's structure, writing that value into the parent_hash fields of both the execution_payload_header and the execution_payload. The Ethereum documentation enumerates parent_hash among the fields of the execution_payload_header, and explains that the execution_payload mirrors the header field-for-field (including parent_hash), the only difference being that the payload carries the full transaction list and withdrawal data in place of the transactions' root hash. (https://ethereum.org/developers/docs/blocks/#block-anatomy)

**How blocks work**

To preserve the transaction history, blocks are strictly ordered (every new block created contains a reference to its parent block), and transactions within blocks are strictly ordered as well. Except in rare cases, at any given time, all participants on the network are in agreement on the exact number and history of blocks, and are working to batch the current live transaction requests into the next block.

Once a block is put together by a randomly selected validator on the network, it is propagated to the rest of the network; all nodes add this block to the end of their blockchain, and a new validator is selected to create the next block. The exact block-assembly process and commitment/consensus process is currently specified by Ethereum's "proof-of-stake" protocol.

| '733 Patent, Claim 9 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | Executing the transactions in the execution_payload updates the global state. All clients re-execute the transactions in the execution_payload to ensure the new state matches that in the new block state_root field. This is how clients can tell that a new block is valid and safe to add to their blockchain. The execution payload itself is an object with several fields. There is also an execution_payload_header that contains important summary information about the execution data. These data structures are organized as follows:<br><br>The execution_payload_header contains the following fields:<br><br>**Field** — **Description**<br>parent_hash — hash of the parent block<br><br>The parent_hash qualifies as a content-based identifier in the strictest sense. It is not an arbitrary label, a sequence number, or a randomly assigned tag: it is the output of a cryptographic hash function applied to the parent block's data. Its value is therefore determined entirely by, and is a direct mathematical function of, the content it identifies. Because cryptographic hash functions are deterministic and collision-resistant, the parent_hash uniquely identifies one and only one predecessor block within the chain. The Ethereum documentation confirms the point: blocks are batches of transactions that carry the hash of the previous block,  the hashes are cryptographically derived from the block data, which is what binds the blocks together into a chain,  and every newly created block contains a reference to its parent in order to preserve the strict ordering of the transaction history. (https://ethereum.org/en/developers/docs/blocks/, https://ethereum.org/developers/docs/blocks/#how-blocks-work) |
| the CBI a hash value and enables verification of integrity of a hash chained log, | **What is a blockchain?**<br><br>A blockchain is a public database that is updated and shared across many computers in a network.<br><br>"Block" refers to data and state being stored in consecutive groups known as "blocks". If you send ETH to someone else, the transaction data needs to be added to a block to be successful.<br><br>"Chain" refers to the fact that each block cryptographically references its parent. In other words, blocks get chained together. The data in a block cannot change without changing all subsequent blocks, which would require the consensus of the entire network.<br><br>Every computer in the network must agree upon each new block and the chain as a whole. These computers are known as "nodes". Nodes ensure everyone interacting with the blockchain has the same data. To accomplish this distributed agreement, blockchains need a consensus mechanism.<br><br>Ethereum uses a proof-of-stake-based consensus mechanism. Anyone who wants to add new blocks to the chain must stake ETH - the native currency in Ethereum - as collateral and run validator software. These "validators" can then be randomly selected to propose blocks that other validators check and add to the blockchain. There is a system of rewards and penalties that strongly incentivize participants to be honest and available online as much as possible.<br><br>The CBI identified above is, by construction, a hash value: the parent_hash is the cryptographic hash of the preceding block. And the log into which it is written, the |

| '733 Patent, Claim 9 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | Kinexys blockchain, is the paradigm of a hash-chained log. As the Ethereum documentation explains, the very word "chain" denotes the fact that each block cryptographically references its parent,  the blocks are thereby linked one to the next, and the data within any given block cannot be altered without cascading changes through every subsequent block, an outcome that could be effected only with the consensus of the entire network. (https://ethereum.org/developers/docs/intro-to-ethereum/)<br><br>The parent_hash enables verification of the integrity of that hash-chained log in a concrete, mechanical way. Any node in possession of the chain can take a purported parent block, independently recompute its hash, and compare the result against the parent_hash recorded in the child block. If the two values match, the parent block is confirmed to be intact,  if they diverge, the parent block has necessarily been altered. Moreover, because each block's hash is an input to its successor, a modification anywhere in the chain's history changes the modified block's hash, which in turn falsifies the parent_hash stored in the next block, and so on through every later block, so a single tampering event invalidates the entire remainder of the chain and is visible to every participant running the blockchain. The Ethereum documentation identifies this propagation of hash mismatches as the very mechanism that prevents fraud on the network.  (https://ethereum.org/developers/docs/blocks/).  The integrity-verification function that the claim recites is thus not merely enabled by the CBI on the Kinexys blockchain, it is the network's core security guarantee, and the one JPMorgan expressly markets to its clients. (EPIC, p. 13). |
| wherein the CBI is embedded in a field of the electronic communication that does not get modified when the electronic communication is processed by a second communication server, | The execution_payload itself contains the following (notice this is identical to the header except that instead of the root hash of the transactions it includes the actual list of transactions and withdrawal information) :<br><br>| Field | Description |<br>|---|---|<br>| parent_hash | hash of the parent block |<br><br>The CBI is embedded in dedicated, named fields of the electronic communication. The parent block's hash value resides in fields expressly labeled "parent_hash," which appear both within the execution_payload_header field of the block and within the block's execution_payload    field.    (https://ethereum.org/developers/docs/blocks/#block-anatomy).  The CBI is thus not incidental content,  it occupies a defined structural position in the communication itself. |

6

| '733 Patent, Claim 9 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | ## What is Ethereum? Ethereum is a blockchain with a computer embedded in it. It is the foundation for building apps and organizations in a decentralized, permissionless, censorship-resistant way. In the Ethereum universe, there is a single, canonical computer (called the Ethereum Virtual Machine, or EVM) whose state everyone on the Ethereum network agrees on. Everyone who participates in the Ethereum network (every Ethereum node) keeps a copy of the state of this computer. Additionally, any participant can broadcast a request for this computer to perform arbitrary computation. Whenever such a request is broadcast, other participants on the network verify, validate, and carry out ("execute") the computation. This execution causes a state change in the EVM, which is committed and propagated throughout the entire network. Requests for computation are called transaction requests; the record of all transactions and the EVM's present state gets stored on the blockchain, which in turn is stored and agreed upon by all nodes. Cryptographic mechanisms ensure that once transactions are verified as valid and added to the blockchain, they can't be tampered with later. The same mechanisms also ensure that all transactions are signed and executed with appropriate "permissions" (no one should be able to send digital assets from Alice's account, except for Alice herself). ## Nodes The real-life machines which are storing the EVM state. Nodes communicate with each other to propagate information about the EVM state and new state changes. Any user can also request the execution of code by broadcasting a code execution request from a node. The Ethereum network itself is the aggregate of all Ethereum nodes and their communications. Those fields are not modified when the electronic communication is processed by a second communication server, here, by each of the other Kinexys validator nodes that receives the block, verifies it, and relays it onward. Indeed, the architecture affirmatively forbids such modification. A blockchain functions only if every node ends up holding a bit-for-bit identical copy of the ledger.  As the Ethereum documentation puts it, every computer in the network must agree upon each new block and upon the chain, and the nodes exist precisely to guarantee that everyone interacting with the blockchain has the same data. (https://ethereum.org/developers/docs/intro-to-ethereum/) |

| '733 Patent, Claim 9 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | By default, Geth uses snap-sync which download blocks sequentially from a relatively recent block, not the genesis block. It saves the data in files in `/go-ethereum/geth-tutorial/geth/chaindata/` . Once the sequence of headers has been verified, Geth downloads the block bodies and state data before starting the "state healing" phase to update the state for newly arriving data. This is confirmed by the logs printed to the terminal. There should be a rapidly-growing sequence of logs in the terminal with the following syntax:<br><br>```<br>INFO [04-29][15:54:09.238] Looking for peers          peercount=2 tried=0 static=0<br>INFO [04-29][15:54:19.393] Imported new block headers   count=2 elapsed=1.127ms  number=<br>INFO [04-29][15:54:19:656] Imported new block receipts  count=698  elapsed=4.464ms numbe<br>```<br><br>The block's journey through the network reflects this constraint. After the designated validator assembles the block, the block travels unchanged to the rest of the network, and every node appends the identical block to the end of its blockchain. On receipt, each node checks the block's validity, records it in its local database, and uses the block's contents to update its own state. (https://ethereum.org/developers/docs/blocks/#how-blocks-work; https://geth.ethereum.org/docs/getting-started)<br><br>The cryptography enforces what the architecture requires.  Were any intermediate node to alter the parent_hash fields in transit, the alteration would change the block's own hash, sever the block from the chain, cause the block to fail validation, and result in its rejection by every honest node. The fields carrying the CBI therefore cannot be, and are not, modified during processing by receiving servers, exactly as the claim requires. |
| wherein the field is a message identification header of the electronic communication, and | Executing the transactions in the execution_payload updates the global state. All clients re-execute the transactions in the execution_payload to ensure the new state matches that in the new block state_root field. This is how clients can tell that a new block is valid and safe to add to their blockchain. The execution  payload itself is an object with several fields. There is also an execution_payload_header that contains important summary information about the execution data. These data structures are organized as follows:<br><br>The field in which the CBI is embedded is a message identification header of the electronic communication. Structurally, the execution_payload_header is a header of the block.  It is a compact, defined set of metadata fields that describes and travels with the communication.        (https://ethereum.org/developers/docs/blocks/#block-anatomy) Functionally, that header performs message identification: through the parent_hash value it contains, the header identifies the communication's lineage and its exact position in the sequence of blocks, by naming, uniquely and cryptographically, the block that immediately precedes it.<br><br>The analogy to conventional electronic messaging is direct. In an electronic mail system, a message identification header identifies a message and situates it relative to the prior messages in its thread,  the recipient's system uses that header to determine what the message is and where it belongs. The execution_payload_header containing the parent_hash does precisely the same work for a block: it identifies the block by reference to its predecessor and thereby fixes the block's unique, non-negotiable place in the |

| '733 Patent, Claim 9 | JPMorgan's Use of the Kinexys Platform |
|---|---|
|  | strictly ordered chain. A block whose header pointed to a different parent would be, by definition, a different message occupying a different position. The execution_payload_header is accordingly a message identification header within the meaning of the claim. |
| transmitting the electronic communication by the electronic communication server to a receiving system. | **Proof-of-stake protocol**<br><br>Proof-of-stake means the following:<br><br>• Validating nodes have to stake 32 ETH into a deposit contract as collateral against bad behavior. This helps protect the network because provably dishonest activity leads to some or all of that stake being destroyed.<br><br>• In every slot (spaced twelve seconds apart) a validator is randomly selected to be the block proposer. They bundle transactions together, execute them and determine a new 'state'. They wrap this information into a block and pass it around to other validators.<br><br>The final step of the method is performed when the block proposer, the outgoing electronic communication server, transmits the completed block, with the CBI embedded in its header fields, to receiving systems.  The other validator nodes participating in the Kinexys network. The Ethereum documentation describes this transmission expressly: once the selected validator node has put the block together, the block is propagated to the rest of the network, and all nodes add it to the end of their blockchains. (https://ethereum.org/developers/docs/blocks/#how-blocks-work)<br><br>Each receiving validator node constitutes a receiving system under the claim. It receives the transmitted block over its network interface, subjects the block to validation (including verification of the hash chain via the parent_hash), and appends the block to its local copy of the ledger, updating its state accordingly. (https://geth.ethereum.org/docs/getting-started)<br><br>Because the Kinexys network is a private, permissioned system that JPMorgan built and administers, the transmitting proposer and the receiving validators alike operate under JPMorgan's ownership, direction, or control. The transmission step, like every step above, is therefore carried out on JPMorgan's infrastructure, at JPMorgan's direction, and for JPMorgan's commercial benefit, each and every time a block is added to the Kinexys blockchain. |