# EXHIBIT E

**Exhibit E**
**U.S. Patent No. 12,399,987**
**Claim 1 vs. JPMorgan's Kinexys Platform**

| '987 Patent, Claim 1 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| 1. A method for utilizing a computer-readable tamper-evident log to manage an action to be performed by at least one computing device, | JPMorgan performs this method through Kinexys, the business unit through which the bank builds and commercially operates blockchain-based financial infrastructure. Kinexys maintains at least one private, permissioned distributed ledger (the "Kinexys blockchain") and runs multiple production financial services on it, including Kinexys Digital Assets (tokenization and on-chain settlement of financial assets) and Kinexys Digital Payments (blockchain-based funds movement). (See, e.g., https://www.jpmorgan.com/kinexys/about) |

Among other offerings, JPMorgan provides Blockchain Deposit Accounts, deposit balances represented and transferred on-chain, to its institutional clients, specifically on the Kinexys private permissioned blockchain. (https://www.jpmorgan.com/kinexys/content-hub/deposit-tokens#faq)

## Potential Benefits of Fund Tokenization

The investment funds industry, representing $98T[13] in assets under management, has evolved significantly since the inception of the first open-end fund a century ago[14]. Through continuous innovation, the industry has delivered substantial value to end investors by reducing costs through ETFs and economies of scale, expanding access to alternative investments through innovative structures and enhancing transparency through regulatory reforms and investor advocacy. However, despite these advances, the industry faces meaningful operational inefficiencies characterized by laborious onboarding, siloed systems, manual processes, and high costs. To continue this trajectory of innovation, the industry must now modernize its fundamental infrastructure.

Blockchain technology and tokenization present a compelling evolution of traditional fund operations. By leveraging a shared, immutable ledger and smart contracts, the fund industry stands to gain significant advantages in efficiency, transparency, liquidity, and accessibility. Using a blockchain ledger as a unified source of truth can significantly reduce manual reconciliation efforts arising from siloed systems and disparate data structures. Smart contracts can automate repetitive tasks, including AML/KYC checks and cash movement for capital events, potentially enabling fund managers to lower investment minimums and achieve greater economies of scale.

The tokenized asset landscape has evolved significantly, with approximately $13B in traditional assets currently tokenized on public blockchain networks[15]. While this represents less than 0.01%[16] of industry assets under management (AUM), adoption is accelerating with AUM in on-chain products nearly tripling since early 2024. Early adopters are pursuing tokenization to realize operational efficiencies, reduce investment minimums and expand distribution to new investor segments. However, widespread institutional adoption will require robust solutions for privacy and identity management that provide the comfort and confidence traditional investors expect from financial markets.

The immutable nature of blockchain ensures that all fund transactions are recorded transparently on a unified ledger visible to authorized participants, with chronological recordation through consensus mechanisms. This shared source of truth results in improved capital event tracking, reduced disputes from data discrepancies, and enhanced oversight capabilities. Recent implementations demonstrate significant cost reductions, Franklin Templeton reported that processing 50,000 transactions through blockchain would cost only $1.52 compared to $50K using legacy systems[17]. Similarly, Hamilton Lane's implementation of DLT-share-classes has reduced investment minimums from $2M to $10K[18], demonstrating tangible benefits of tokenization.

1

| '987 Patent, Claim 1 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | The Kinexys blockchain is a computer-readable tamper-evident log. It is computer-readable because it is a digital data structure stored, parsed, and processed by the software running on every node in the network. It is tamper-evident because each block cryptographically incorporates the hash of its parent.  Any after-the-fact alteration to a recorded block changes that block's hash, which falsifies the reference stored in the next block and thereby invalidates every child block in the chain, making the alteration immediately detectable. JPMorgan itself markets exactly this property, representing that the immutable nature of the blockchain ensures that all fund transactions are recorded transparently on a unified ledger. (JPMC Kinexys Project EPIC Whitepaper (2024) ("EPIC"), p. 13, https://www.jpmorgan.com/kinexys/documents/JPMC-Kinexys-Project-Epic-Whitepaper-2024.pdf) <br><br> The log is used to manage actions to be performed by computing devices, precisely as the preamble recites. Every block appended to the Kinexys blockchain embodies one or more actions that the network's nodes are to carry out. For example, transferring ownership of a tokenized digital asset from one holder to another, or executing a payment that debits one account and credits another. The blockchain does not merely record those actions after the fact, as shown below, it governs whether and when they occur. |

| '987 Patent, Claim 1 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| the tamper-evident log accessible via at least one network interface that is communicatively coupled to a communications network, the method comprising: | The asset tokenization market, currently valued in billions, is poised for exponential growth, with industry analyses from leading consulting firms projecting a multi-trillion dollar future. However, realizing this transformative potential hinges critically on addressing institutional-grade privacy and developing composable, privacy-preserving identity solutions. Without these foundational elements, the industry's expansion will remain constrained, particularly in attracting traditional investors who expect robust data protection comparable to conventional markets. |

At Kinexys Digital Assets, we have been at the forefront of implementing tokenization in traditional financial flows, successfully processing $2-3B worth of tokenized asset transactions daily. Our decision in 2020 to build on an Ethereum Virtual Machine (EVM[5])-based permissioned blockchain has been validated by the remarkable growth within the Ethereum and EVM ecosystems. This strategic choice leverages blockchain's inherent characteristics: immutability, trust-minimization, transparency, programmability and decentralization. Using these constructs, KDA's current solutions effectively mitigate settlement risk, automate trade and asset lifecycle management and streamline reconciliation efforts, attracting numerous peers and clients to our platform.

Separately, the institutional landscape has evolved significantly over the past year, with increased activity on public blockchains driven by asset managers[6], as evidenced by rising assets under management (AUM) in on-chain investment products. While operational efficiency remains a key driver, there is a notable emphasis on accessing new distribution channels, particularly focusing on crypto-native investors.

Regardless of whether assets are tokenized on public or permissioned chains, or whether the immediate focus is operational optimization or distribution expansion, traditional market requirements remain unfulfilled. The lack of mature, on-chain cryptographic privacy solutions, coupled with the absence of consensus on implementing privacy-preserving digital identity, continues to create operational friction in tokenized asset interactions. While these challenges are not entirely gating – as demonstrated by the $2-3B[7] raised through on-chain funds and approximately $200B[8] in stablecoins, protocol treasuries and public chain lending protocols – solving for them could broaden adoption.

Current market activity on public blockchains demonstrates demand from participants for whom robust privacy and industry-wide identity solutions may be less critical. However, for traditional investors, data privacy is a baseline requirement, and without comprehensive yet seamless privacy and digital identity solutions, key benefits of tokenization will remain unrealized.

The Kinexys blockchain runs on an Ethereum Virtual Machine (EVM)-based network. JPMorgan's Project EPIC whitepaper recounts that the bank decided in 2020 to build Kinexys Digital Assets on an EVM-based permissioned blockchain, that this choice has been validated by the growth of the Ethereum and EVM ecosystems, that the platform now processes on the order of $2–3 billion in tokenized asset transactions each day, and that the architecture was selected to harness the blockchain's inherent immutability, trust-minimization, transparency, programmability, and decentralization in order to mitigate settlement risk, automate trade and asset lifecycle management, and streamline reconciliation. (EPIC, p. 6)

A distributed ledger of this kind exists only as a network phenomenon. Its defining operations, propagating transactions, distributing candidate blocks, and reaching consensus, are all communications among machines. Each Kinexys node running an EVM is therefore necessarily equipped with at least one network interface communicatively coupled to a communications network, through which it exchanges transactions and blocks with the other EVM nodes and with client systems. The tamper-evident log, the Kinexys blockchain itself, is accessed, replicated, extended, and queried through exactly those network interfaces.

3

| '987 Patent, Claim 1 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| before the action is allowed to be performed, appending information about the action to the tamper-evident log, | <ul><li>Onyx is a blockchain technology developed by JP Morgan.</li><li>It is built on top of the Ethereum blockchain and uses its Quorum technology.</li><li>Onyx is designed to facilitate faster and more secure transactions between financial institutions.</li><li>It offers several features, including privacy controls, smart contract functionality, and interoperability with existing systems.</li><li>Onyx has been used by JP Morgan for several initiatives, including their JPM Coin digital currency and their Interbank Information Network.</li><li>Onyx is seen as a potential solution for reducing costs and improving efficiency in the financial industry.</li></ul><br>The Kinexys platform appends information about each action to the log before the action is permitted to occur. JPMorgan confirms that Kinexys Digital Assets runs on an EVM-based blockchain and that its engineering focus is on EVM-compatible techniques (EPIC, p. 20), and the platform, formerly known as Onyx, is built on Quorum, a permissioned adaptation of Ethereum. (https://www.jpmorgan.com/kinexys/about (recording the 2020 launch of the Onyx Digital Assets platform, today Kinexys Digital Assets), https://medium.com/%40Naveylah/the-blockchain-bank-that-is-revolutionizing-the-financial-world-73448d63bdf (describing Onyx as built on top of the Ethereum blockchain using its Quorum technology))<br><br>On an EVM-based chain, a transaction (the information about the action) is never executed at the moment of its creation. Instead, the transaction is broadcast across the network, pooled with other pending transactions, and eventually batched into a block that is appended to the chain, only thereafter is the transaction executed and its effect realized. The Quorum source code, which Consensys acquired and continues to maintain as open source (https://github.com/Consensys/quorum), makes this ordering explicit. Every node records new blocks and the associated EVM state |

4

| '987 Patent, Claim 1 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | through the writeBlockWithState function (see /core/blockchain.go: writeBlockWithState), and within that function the block is durably written to the chain before the resulting state is committed: rawdb.WriteBlock() executes before state.Commit(). The log entry, in other words, precedes the action.<br><br>A block newly appended to the chain is not yet treated as final. The network's full commitment to the state changes wrought by that block's transactions occurs only after the block has been added and confirmed, at which point the new states are committed. (See triedb.Commit.)<br><br>The platform's crash-recovery behavior supplies independent proof of the sequence. If a node fails after recording a block but before storing the post-execution state, the node on restart finds the block already present on its chain and must replay, re-execute, the block's transactions in order to regenerate the correct state for storage. Recovery of this kind is possible only because the information about the action is committed to the log first, and the action is performed second. |
| before the action is allowed to be performed, obtaining an attestation value for the action, the attestation value computed using a cryptographic digital signature function, the attestation value based at least in part on the information about the action, and | On the Kinexys platform, not one but two attestation values are obtained before the transactions in a block may execute, each computed with a cryptographic digital signature function, and each based on the information about the action.<br><br>The first attestation is the sender's signature on the transaction itself. No transaction enters the network unless its originator has digitally signed it using a cryptographic digital signature function, the resulting signature is computed over the transaction's contents and is therefore based directly on the information about the action. The Quorum code reflects the lifecycle of these signed transactions, quorum/core/tx_pool.go defines the transaction pool structure, TxPool, through which transactions submitted by clients are received by nodes, rebroadcast to peer nodes, and held pending inclusion in a block, with execution occurring only afterward. Every consensus mechanism supported by Quorum draws unhandled transactions from this pool, packages them into a block, and only then executes them, meaning the sender's attestation exists, and has been verified, before the action is allowed to be performed.<br><br>The second attestation is the block-level signature. The validator node serving as block proposer assembles the candidate block and digitally signs it before the block may join the chain. Because the block incorporates the transaction data, this signature too is based at least in part on the information about the action. If any transaction within the block were modified, the signature would no longer verify. Quorum ships with multiple consensus protocols for attesting to block validity and recommends QBFT. |

5

| '987 Patent, Claim 1 | JPMorgan's Use of the Kinexys Platform |
|---|---|
|  | Quorum's QBFT implements a version of the Ethereum proposer-validator model with BLS-aggregated attestations. The participating validators apply a cryptographic digital signature function (ECDSA) to the proposed block to register approval, and the block is accepted and published only once a two-thirds supermajority of validators has signed. A validator node does not execute the transactions within a block until after the block has been approved and published, confirming that these attestation values, like the log entry itself, are obtained before the action is allowed to be performed. |
| upon appending the information about the action to the tamper-evident log, performing the action, | Once the information about the action has been appended to the log, that is, once the block containing the transaction has been added to the chain and confirmed, the nodes perform the action by executing the transactions the block contains. The Quorum code embodies this trigger-and-response structure. Every node processes new blocks through writeBlockWithState (see /core/blockchain.go: writeBlockWithState), within which the block is written to the chain (rawdb.WriteBlock()) and the resulting state is committed thereafter (state.Commit()). Appending the block is the event upon which execution follows.<br><br>Because a freshly appended block is not immediately final, the network's commitment to the new states produced by the block's transactions occurs only after the block has been added to the chain and confirmed. (See triedb.Commit.) Performance of the action is thus conditioned on, and occurs upon, the completion of the append.<br><br>The crash-recovery scenario described above demonstrates the same causal ordering from the failure side. A node that crashes before storing post-execution state recovers by reading the already-appended blocks from its chain and re-performing the actions they describe. The appended log entry is the authoritative record from which performance of the action flows. |
| wherein, tampering of the tamper-evident log is detectable by performing a verification using the information about the action and the attestation value for the action. | Tampering with the Kinexys blockchain is detectable through verification operations that use precisely the two inputs the claim recites. The information about the action (the recorded transaction and block data) and the attestation values for the action (the digital signatures described above).<br><br>The verification is performed in the ordinary operation of the network. When a validator node evaluates a proposed block, it verifies the proposer's digital signature over the block and verifies each sender's digital signature over each transaction the block contains. Each such verification takes the recorded information about the action and the corresponding attestation value and checks them against one another.<br><br>Because a digital signature is mathematically bound to the exact data over which it was computed, any alteration of the recorded transaction or block |

| '987 Patent, Claim 1 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | information causes the corresponding signature check to fail, exposing the tampering.<br><br>The hash-chained structure of the log compounds this detectability. Any change to a parent block invalidates all of its child blocks, so historical tampering surfaces network wide. JPMorgan's own representation that the blockchain's immutability ensures all fund transactions are recorded transparently on a unified ledger (EPIC, p. 13) is a description of this claimed property in operation. |