# EXHIBIT F

**Exhibit F**
**U.S. Patent No. 12,411,949**
**Claim 8 vs. JPMorgan's Kinexys Platform**

| '949 Patent, Claim 8 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| 8. A method for operatively utilizing a computer-readable tamper-evident log to manage an action to be performed by at least one computer device, | JPMorgan performs this method through Kinexys, the business unit through which the bank designs, deploys, and commercially operates blockchain-based financial infrastructure. Kinexys maintains at least one private, permissioned distributed ledger (the "Kinexys blockchain") and offers multiple production financial services on it, including Kinexys Digital Assets (tokenization and on-chain settlement of financial assets) and Kinexys Digital Payments (blockchain-based movement of funds). (See, e.g., https://www.jpmorgan.com/kinexys/about) By way of example, JPMorgan provides Blockchain Deposit Accounts, deposit balances represented and transferred on-chain, to its institutional clients, specifically on the Kinexys private permissioned blockchain. (https://www.jpmorgan.com/kinexys/content-hub/deposit-tokens#faq)<br><br>**Potential Benefits of Fund Tokenization**<br><br>The investment funds industry, representing $98T[13] in assets under management, has evolved significantly since the inception of the first open-end fund a century ago[14]. Through continuous innovation, the industry has delivered substantial value to end investors by reducing costs through ETFs and economies of scale, expanding access to alternative investments through innovative structures and enhancing transparency through regulatory reforms and investor advocacy. However, despite these advances, the industry faces meaningful operational inefficiencies characterized by laborious onboarding, siloed systems, manual processes, and high costs. To continue this trajectory of innovation, the industry must now modernize its fundamental infrastructure.<br><br>Blockchain technology and tokenization present a compelling evolution of traditional fund operations. By leveraging a shared, immutable ledger and smart contracts, the fund industry stands to gain significant advantages in efficiency, transparency, liquidity, and accessibility. Using a blockchain ledger as a unified source of truth can significantly reduce manual reconciliation efforts arising from siloed systems and disparate data structures. Smart contracts can automate repetitive tasks, including AML/KYC checks and cash movement for capital events, potentially enabling fund managers to lower investment minimums and achieve greater economies of scale.<br><br>The tokenized asset landscape has evolved significantly, with approximately $13B in traditional assets currently tokenized on public blockchain networks[15]. While this represents less than 0.01%[16] of industry assets under management (AUM), adoption is accelerating with AUM in on-chain products nearly tripling since early 2024. Early adopters are pursuing tokenization to realize operational efficiencies, reduce investment minimums and expand distribution to new investor segments. However, widespread institutional adoption will require robust solutions for privacy and identity management that provide the comfort and confidence traditional investors expect from financial markets.<br><br>The immutable nature of blockchain ensures that all fund transactions are recorded transparently on a unified ledger visible to authorized participants, with chronological recordation through consensus mechanisms. This shared source of truth results in improved capital event tracking, reduced disputes from data discrepancies, and enhanced oversight capabilities. Recent implementations demonstrate significant cost reductions, Franklin Templeton reported that processing 50,000 transactions through blockchain would cost only $1.52 compared to $50K using legacy systems[17]. Similarly, Hamilton Lane's implementation of DLT-share-classes has reduced investment minimums from $2M to $10K[18], demonstrating tangible benefits of tokenization. |

| '949 Patent, Claim 8 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | The Kinexys blockchain is a computer-readable tamper-evident log. It is computer-readable because it is a digital data structure that every node's software stores, parses, and processes. It is tamper-evident because each block cryptographically embeds the hash of its parent, so that any retroactive alteration to a recorded block changes that block's hash, falsifies the reference held by the next block, and cascades through, and invalidates, every child block in the chain, rendering the alteration immediately apparent. JPMorgan promotes exactly this property to its clients, representing that the immutable nature of the blockchain ensures that all fund transactions are recorded transparently on a unified ledger. (JPMC Kinexys Project EPIC Whitepaper (2024) ("EPIC"), p. 13, https://www.jpmorgan.com/kinexys/documents/JPMC-Kinexys-Project-Epic-Whitepaper-2024.pdf)<br><br>JPMorgan operatively utilizes this log to manage actions performed by computer devices, exactly as the preamble recites. Each block appended to the Kinexys blockchain embodies one or more actions that the network's nodes are to carry out, transferring ownership of a tokenized digital asset, for instance, or executing a payment from one account to another, and, as shown element-by-element below, the log does not merely memorialize those actions but governs whether, when, and in what order they occur. |
| the tamper-evident log accessible via a network interface that is communicatively coupled to a communications network, the method comprising: | The asset tokenization market, currently valued in billions, is poised for exponential growth, with industry analyses from leading consulting firms projecting a multi-trillion dollar future. However, realizing this transformative potential hinges critically on addressing institutional-grade privacy and developing composable, privacy-preserving identity solutions. Without these foundational elements, the industry's expansion will remain constrained, particularly in attracting traditional investors who expect robust data protection comparable to conventional markets.<br><br>At Kinexys Digital Assets, we have been at the forefront of implementing tokenization in traditional financial flows, successfully processing \$2-3B worth of tokenized asset transactions daily. Our decision in 2020 to build on an Ethereum Virtual Machine (EVM [5])-based permissioned blockchain has been validated by the remarkable growth within the Ethereum and EVM ecosystems. This strategic choice leverages blockchain's inherent characteristics: immutability, trust-minimization, transparency, programmability and decentralization. Using these constructs, KDA's current solutions effectively mitigate settlement risk, automate trade and asset lifecycle management and streamline reconciliation efforts, attracting numerous peers and clients to our platform.<br><br>Separately, the institutional landscape has evolved significantly over the past year, with increased activity on public blockchains driven by asset managers [6], as evidenced by rising assets under management (AUM) in on-chain investment products. While operational efficiency remains a key driver, there is a notable emphasis on accessing new distribution channels, particularly focusing on crypto-native investors.<br><br>Regardless of whether assets are tokenized on public or permissioned chains, or whether the immediate focus is operational optimization or distribution expansion, traditional market requirements remain unfulfilled. The lack of mature, on-chain cryptographic privacy solutions, coupled with the absence of consensus on implementing privacy-preserving digital identity, continues to create operational friction in tokenized asset interactions. While these challenges are not entirely gating – as demonstrated by the \$2-3B [7] raised through on-chain funds and approximately \$200B [8] in stablecoins, protocol treasuries and public chain lending protocols – solving for them could broaden adoption.<br><br>Current market activity on public blockchains demonstrates demand from participants for whom robust privacy and industry-wide identity solutions may be less critical. However, for traditional investors, data privacy is a baseline requirement, and without comprehensive yet seamless privacy and digital identity solutions, key benefits of tokenization will remain unrealized. |

2

| '949 Patent, Claim 8 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | The Kinexys blockchain runs on an Ethereum Virtual Machine (EVM)-based network. JPMorgan's Project EPIC whitepaper recounts that the bank elected in 2020 to build Kinexys Digital Assets on an EVM-based permissioned blockchain, that the choice has been validated by the growth of the Ethereum and EVM ecosystems, that the platform now settles on the order of $2-3 billion in tokenized asset transactions daily, and that the architecture was adopted to harness the blockchain's inherent immutability, trust-minimization, transparency, programmability, and decentralization to mitigate settlement risk, automate trade and asset lifecycle management, and streamline reconciliation. (EPIC, p. 6)<br><br>A distributed ledger operates only over a network. Propagating transactions, circulating candidate blocks, and achieving consensus are all inter-machine communications. Each Kinexys node running an EVM is accordingly equipped with a network interface communicatively coupled to a communications network, through which it exchanges transactions and blocks with the other EVM nodes and with client systems. The tamper-evident log, the Kinexys blockchain, is accessed, replicated, extended, and queried through those interfaces. |
| before the action is allowed to be performed, updating the tamper-evident log by appending information about the action to the tamper-evident log, | • Onyx is a blockchain technology developed by JP Morgan.<br><br>• It is built on top of the Ethereum blockchain and uses its Quorum technology.<br><br>• Onyx is designed to facilitate faster and more secure transactions between financial institutions.<br><br>• It offers several features, including privacy controls, smart contract functionality, and interoperability with existing systems.<br><br>• Onyx has been used by JP Morgan for several initiatives, including their JPM Coin digital currency and their Interbank Information Network.<br><br>• Onyx is seen as a potential solution for reducing costs and improving efficiency in the financial industry.<br><br>The Kinexys platform updates the log, by appending the information about each action, before the action is permitted to occur. The platform's lineage establishes the framework. JPMorgan confirms that Kinexys Digital Assets runs on an EVM-based blockchain with an engineering focus on EVM-compatible techniques (EPIC, p. 20), and the platform, formerly Onyx, is built on Quorum, a permissioned adaptation of Ethereum. (https://www.jpmorgan.com/kinexys/about (recording the 2020 launch of the Onyx Digital Assets platform, today Kinexys Digital Assets, https://medium.com/%40Naveylah/the-blockchain-bank-that-is-revolutionizing-the-financial-world-73448d63bdf (describing Onyx as built on top of the Ethereum blockchain using its Quorum technology)) |

| '949 Patent, Claim 8 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | On an EVM-based chain, transactions are never executed at creation. A transaction is instead broadcast over the network, pooled with other pending transactions, and batched into a block that is appended to the chain, execution follows only afterward. The Quorum source code, acquired by and maintained as open source by Consensys (https://github.com/Consensys/quorum), codifies this ordering. Every node records new blocks and the associated EVM state through the writeBlockWithState function (see /core/blockchain.go: writeBlockWithState), within which the block is durably written before the resulting state is committed: rawdb.WriteBlock() runs before state.Commit(). The tamper-evident log is thus updated, by appending the information about the action, before the action is allowed to be performed. <br><br> This ordering is structural to Ethereum-derived systems, not incidental. A block newly appended to the chain is not yet final, the network commits to the state changes produced by the block's transactions only after the block has been added and confirmed. (See triedb.Commit.) <br><br> Crash-recovery behavior independently confirms the sequence. If a node fails after recording a block but before storing the post-execution state, then on restart it finds the block already on its chain and must re-execute the block's transactions to regenerate the correct state. Such recovery is possible only because the log entry precedes the action. |
| obtaining an attestation value based on which tampering of the tamper-evident log is detectable, the attestation value generated using a cryptographic digital signature function, the attestation value based at least in | The Kinexys platform obtains not one but two attestation values before the transactions in a block may execute, each generated with a cryptographic digital signature function, each based on the information about the action, and each supplying a basis on which tampering with the log is detectable. <br><br> The first attestation is the sender's transaction signature. No transaction enters the network unless its originator has digitally signed it with a cryptographic digital signature function, the signature is computed over the transaction's contents and is therefore based directly on the information about the action. The Quorum code traces the lifecycle of these signed transactions: quorum/core/tx_pool.go defines the TxPool structure, through which transactions submitted by clients are received by nodes, rebroadcast to peers, and held pending inclusion in a block, with execution occurring only afterward. Every consensus mechanism in Quorum retrieves unhandled transactions from this pool, packages them into a block, and then executes them. |

4

| '949 Patent, Claim 8 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| part on the information about the action, and | The second attestation is the block-level signature. The validator node serving as block proposer assembles and digitally signs the block before it may join the chain. Because the block incorporates the transaction data, this signature too is based at least in part on the information about the action, and it is an attestation value based on which tampering is detectable, since any change to the recorded transaction information causes the signature to fail verification.<br><br>Quorum supports several consensus protocols for attesting to block validity and recommends QBFT. Quorum's QBFT implements a version of the Ethereum proposer-validator model with BLS-aggregated attestations. Validators apply a cryptographic digital signature function (ECDSA) to the proposed block to register approval, and the block is accepted and published only upon signature by a two-thirds supermajority of validators. A validator node does not execute the transactions within a block until after the block has been approved and published. |
| after appending the information about the action to the tamper-evident log, causing the action to be performed, | After the information about the action has been appended to the log, that is, after the block containing the transaction has been added to the chain and confirmed, the platform causes the action to be performed by executing the transactions the block contains. The Quorum code embodies this append-then-execute structure. Every node processes new blocks through writeBlockWithState (see /core/blockchain.go: writeBlockWithState), in which the block is written to the chain (rawdb.WriteBlock()) and the resulting state is committed only thereafter (state.Commit()).<br><br>The confirmation dynamics of Ethereum-derived chains reinforce the ordering, because a freshly appended block is not immediately final, the network's commitment to the new states produced by the block's transactions occurs only after the block has been added and confirmed. (See triedb.Commit.) Performance of the action is thereby caused by, and follows, the completed append.<br><br>Crash recovery demonstrates the same causal chain from the failure side. A node that crashes before storing post-execution state recovers by reading the already-appended blocks from its chain and re-executing the transactions they contain, regenerating and storing the correct state. The appended log entry is the authoritative record from which performance of the action flows. |
| wherein: the attestation value is based, at least in part, on a nonce, a time, and a date, | The attestation values on the Kinexys platform are based, at least in part, on a nonce, a time, and a date.<br><br><pre>{<br>  from: "0xEA674fdDe714fd979de3EdF0F56AA9716B898ec8",<br>  to: "0xac03bb73b6a9e108530aff4df5077c2b3d481e5a",<br>  gasLimit: "21000",<br>  maxFeePerGas: "300",<br>  maxPriorityFeePerGas: "10",<br>  nonce: "0",<br>  value: "10000000000"<br>}</pre> |

| '949 Patent, Claim 8 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | As to the nonce, every transaction on an EVM-based network carries a nonce, a sequentially incrementing, per-account counter reflecting the number of transactions the account has sent, whose purpose is to prevent replay attacks. (https://ethereum.org/en/developers/docs/transactions/) The nonce is part of the signed transaction data, and the transactions in turn form part of the signed block.<br><br>⑦ Slot Number     **12300383** ‹ ›<br>⑦ Epoch Number     384386<br>⑦ Status     proposed<br>⑦ Age     ⏱ 335 days 9 hrs ago (Aug-05-2025 09:16:59 PM +UTC)<br>⑦ Proposer     👤 2027962 ( 0xb4c9ad....0e1f63b1 )<br><br>As to the time and date, every block carries a timestamp field recording the block time as a UNIX epoch value, the number of seconds elapsed since January 1, 1970 UTC, a single value that encodes both a time of day and a calendar date. Block explorers resolve this field into human-readable form, the BeaconScan explorer, for example, displays it as the block's "age" together with the corresponding date and clock time in UTC. (See, e.g., https://beaconscan.com/slot/12300383) |

6

| '949 Patent, Claim 8 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | `process_execution_payload`<br><br>```python<br>def process_execution_payload(state: BeaconState, payload: ExecutionPayload, execution_engine: Exe<br>    # Verify consistency of the parent hash with respect to the previous execution payload header<br>    if is_merge_transition_complete(state):<br>        assert payload.parent_hash == state.latest_execution_payload_header.block_hash<br>    # Verify prev_randao<br>    assert payload.prev_randao == get_randao_mix(state, get_current_epoch(state))<br>    # Verify timestamp<br>    assert payload.timestamp == compute_timestamp_at_slot(state, state.slot)<br>    # Verify the execution payload is valid<br>    assert execution_engine.notify_new_payload(payload)<br>    # Cache execution payload header<br>    state.latest_execution_payload_header = ExecutionPayloadHeader(<br>        parent_hash=payload.parent_hash,<br>        fee_recipient=payload.fee_recipient,<br>        state_root=payload.state_root,<br>        receipts_root=payload.receipts_root,<br>        logs_bloom=payload.logs_bloom,<br>        prev_randao=payload.prev_randao,<br>        block_number=payload.block_number,<br>        gas_limit=payload.gas_limit,<br>        gas_used=payload.gas_used,<br>        timestamp=payload.timestamp,<br>        extra_data=payload.extra_data,<br>        base_fee_per_gas=payload.base_fee_per_gas,<br>        block_hash=payload.block_hash,<br>        transactions_root=hash_tree_root(payload.transactions),<br>        withdrawals_root=hash_tree_root(payload.withdrawals),  # [New in Capella]<br>    )<br>```<br><br>Because the block over which the attestation signature is computed incorporates both the transaction nonce and the block timestamp, the digital signature, the attestation value, is necessarily based at least in part on a nonce, a time, and a date. The dependency is cryptographically enforced. If either the nonce or the timestamp were altered after signing, the signature would no longer verify. (https://ethereum.org/en/developers/docs/blocks/, https://eth2book.info/capella/part3/transition/block/#def_process_execution_payload) |
| and performance of the action is associated with a state change being made. | Performance of each action on the Kinexys platform is associated with a state change being made. When the transactions within a block are executed, their effect is realized as a modification of the network's state, the ledger of account balances and smart-contract storage, which each node's execution client maintains in its state database. Executing a payment transaction, for example, changes the recorded balances of the paying and receiving accounts, executing a token transfer changes the ownership records held in the relevant smart contract's storage. |

7

| '949 Patent, Claim 8 | JPMorgan's Use of the Kinexys Platform |
|---|---|
| | Geth is an Ethereum client written in Go. This means running Geth turns a computer into an Ethereum node. Ethereum is a peer-to-peer network where information is shared directly between nodes rather than being managed by a central server. Every 12 seconds one node is randomly selected to generate a new block containing a list of transactions that nodes receiving the block should execute. This "block proposer" node sends the new block to its peers. On receiving a new block, each node checks that it is valid and adds it to their database. The sequence of discrete blocks is called a "blockchain".<br><br>The information provided in each block is used by Geth to update its "state" - the ether balance of each account on Ethereum and the data stored by each smart contract. There are two types of account: externally-owned accounts (EOAs) and contract accounts. Contract accounts execute contract code when they receive transactions. EOAs are accounts that users manage locally in order to sign and submit transactions. Each EOA is a public-private key pair, where the public key is used to derive a unique address for the user and the private key is used to protect the account and securely sign messages. Therefore, in order to use Ethereum, it is first necessary to generate an EOA (hereafter, "account"). This tutorial will guide the user through creating an account, funding it with ether and sending some to another address.<br><br>The Geth documentation describes this linkage expressly. Upon receiving a new block, each node checks that the block is valid and adds it to its database, and the information carried in each block is then used to update the node's state, the balance of each account on the network and the data stored by each smart contract. (https://geth.ethereum.org/docs/getting-started) Performance of the action and the making of the associated state change are, on this architecture, two descriptions of the same event, satisfying the final limitation of the claim. |

8